# Cumberland Valley Telephone Company *v.* Bender, Appellant.

*Appeals—Justice of the peace—Judgment—Certiorari—Act of March 20, 1810, 5 Sm. L. 171.*

No appeal lies from the judgment of the court of common pleas, in certiorari, dismissing exceptions to the judgment of a justice of the peace.

Argued March 10, 1919. Appeal, No. 10, March T., 1920, by defendant, from judgment of C. P. Dauphin County, January T., 1919, No. 469, affirming judgment of justice of the peace, in case of Cumberland Valley Telephone Company v. E. Bender. Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

Certiorari to the judgment of a justice of the peace. Before McCARRELL, J.

The opinion of the Superior Court states the case.

The court dismissed the exceptions and affirmed the judgment of the justice of the peace.

*Error assigned* was the decree of the court.

*Fred C. Miller,* for appellant.

No appearance and no printed brief for appellee.

PER CURIAM, July 14, 1920:

On certiorari the Common Pleas of Dauphin County examined the proceedings before an alderman in an action of assumpsit, brought to recover an amount alleged to be due for telephone service, and in which the alderman entered judgment for the plaintiff for $13.50 and costs. The common pleas dismissed the exceptions and affirmed the judgment. That action was assigned for

error in this court. We must quash the appeal because the judgment of the common pleas was final: Sec. 22, Act of March 20, 1810, 5th Sm. L. 171; Crumley v. Coal Co., 13 Pa. Superior Ct. 231, and cases there cited.